STATE OF MINNESOTA

COUNTY OF HENNEPIN

ss.

AFFIDAVIT OF
KYLIE WILLIAMSON

**AFFIDAVIT IN SUPPORT AN APPLICATION
FOR A COMPLAINT AND ARREST WARRANT**

I, Special Agent Kylie Williamson, being duly sworn, state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and am thus an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. I have been employed as a Special Agent by the ATF since August of 2007. Prior to that, I was employed by ATF for two years as an Industry Operations Investigator.

2. I am currently assigned to the Saint Paul Field Office. In my capacity as a Special Agent with the ATF, I have participated in numerous criminal investigations of individuals and entities related to violations of Federal Laws, particularly those under Titles 18, 21, and 26 of the United States Code. In my capacity as an ATF Special Agent I have received on-going training related to criminal investigations to include crimes involving gang activity, firearms violations, drug trafficking, arson, bombings, money laundering, undercover operations, Title III wiretaps, as well as electronic and physical surveillance procedures. I work with various law enforcement agencies and drug task forces throughout the state of Minnesota and have supervised, led, and/or otherwise been a part of hundreds

1

of arrests and search warrants during my years as a law enforcement officer.

3. In my capacity as a Special Agent with the ATF, my responsibilities include, but are not limited to, investigating firearms, arson, and explosives violations under Title 18 of the United States Code. During my time with the ATF, I have assisted in the investigation of multiple cases falling within the ATF's Arson and Explosives jurisdiction. I graduated from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and the Special Agent Basic Training at the ATF National Academy. I have received significant amounts of training on the subject-matter within the ATF's jurisdiction, including courses in criminal investigations, federal firearms violations, federal arson laws, and federal explosives laws.

4. The facts in this Affidavit are based on my personal observations, my training and experience, evidence gathered pursuant to search warrants, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant and does not set forth all of my knowledge about this matter.

5. This affidavit is being submitted in support of the criminal complaint for Matthew Scott WHITE. Based on my training, experience, participation in criminal investigations and the facts set forth in this Affidavit, I respectfully submit that there is probable cause to believe that Matthew WHITE conspired with his sister, Jessica WHITE, and Jessica WHITE'S juvenile son, VJW, to commit arson in violation of Title 18 U.S.C, Section 844(i), all in violation of Title 18 U.S.C., Section 371; and that Matthew WHITE

destroyed by fire, property used and engaged in interstate commerce, in violation of Title 18, U.S.C., Section 844(i).

**PROBABLE CAUSE**

6. On Monday, May 25, 2020, George Floyd died while in the custody of the Minneapolis Police Department. The nature and circumstances of Mr. Floyd's arrest, subsequent death, and the actions of the Minneapolis Police Department came under intense public scrutiny.

7. During Mr. Floyd's encounter with police on May 25, multiple bystanders gathered around the scene. At least one bystander filmed the incident, and shortly after it occurred, posted a video on social media that soon went viral. By Tuesday morning, May 26, local and national news outlets had picked up the story about Mr. Floyd's death, and by Tuesday afternoon, thousands of people were gathered in the area of 38th and Chicago Avenue to protest the treatment of Mr. Floyd.

8. Following the mostly peaceful protests that occurred on Tuesday night, the Cities of Minneapolis and St. Paul, and some surrounding communities, endured three nights of violence and destruction. Between Wednesday night and the early hours of Saturday morning, following several organized and peaceful protests, hundreds of individuals carried on into the night, vandalized and looted local businesses, and destroyed buildings, vehicles, and other property through arson, smashing doors and windows, and throwing objects.

9. As of Saturday morning, May 30, the Minneapolis Star Tribune reported that approximately 246 businesses across the Twin Cities area had been vandalized, looted,

3

partially or completely destroyed by fire, or otherwise damaged. In the city of St. Paul, the majority of the damaged buildings were located along University Avenue in the Hamline/Midway neighborhood.

10. One of the businesses that was impacted by the above-referenced events was Enterprise Rent-A-Car located at 1161 University Avenue West, St. Paul, Minnesota ("Enterprise"). On May 28, 2020, a fire was started inside the building. The St. Paul Fire Department arrived and attempted to extinguish the fire, but the building was completely destroyed. On June 3, 2020, ATF's National Response Team (NRT) examined the scene. The cause of the fire was deemed incendiary by an ATF Certified Fire Investigator (CFI) who also concluded that the fire originated from at least one area within the interior of the structure.

11. During this investigation I have found evidence that shows three individuals conspired to commit arson at Enterprise, and did aid and abet each other in committing that arson.[1] On May 28, 2020, Enterprise's surveillance cameras positioned inside and outside of the business at 1161 University Avenue West, captured footage of Matthew WHITE ,and another individual identified as VJW (who is a juvenile) entering and exiting the Enterprise two different times as a third person, identified as Jessica Lynn WHITE, waited outside of the building. Just before Matthew WHITE and VJW exited Enterprise for the last time,

---

[1] The investigation also revealed that, in addition to the three suspects described herein, witnesses observed a separate group of individuals who attempted an arson by throwing a Molotov cocktail onto the roof of Enterprise. ATF Certified Fire Investigators (CFIs) found evidence of a localized fire on the roof of the Enterprise building, which corroborated that report. However, ATF CFIs determined that the fire, which destroyed the building, originated from at least one area within the interior of the structure.

4

fire can be seen flickering in the reflection of the front window. After Matthew WHITE and VJW exited, the fire can be seen progressing, again, in the reflection of the front window of the business. Within minutes of Matthew WHITE and VJW exiting the building, the front office is filled with smoke, which is also seen pouring out of the front of the building.

12. Specifically, the camera positioned on the entrance of the store shows Matthew WHITE opening the door to the Enterprise, with his arms inside of his t-shirt, and entering the Enterprise at approximately 8:44 p.m. Numerous people, including Matthew WHITE and VJW, enter the business as Jessica WHITE waits outside.

13. Matthew WHITE is wearing a gray t-shirt with his arms concealed inside of the t-shirt, a black hat, light colored face mask, blue jeans, and dark shoes. VJW is a male with dark, shaggy hair, wearing a black and white bandana, a black t-shirt with "Andover" clearly legible on the front of it, black shorts, blue shoes and a black backpack. Jessica WHITE is a female with blue or green hair, wearing a hat, a black and white bandana, a black t-shirt, black pants, and black shoes.




Figure 1 (Above Left) Screen capture of Matthew WHITE generated from surveillance video.

Figure 2 (Above Right) Screen capture of VJW generated from surveillance video.

Figure 3 (Below) Screen capture of Jessica WHITE generated from surveillance video.



6

14. At approximately 8:45 p.m. Matthew WHITE and VJW exit Enterprise through the front door, along with numerous other unidentified people. Within ten to fifteen seconds, both Matthew WHITE and VJW re-enter the business and proceed to the rear of the building toward the area where the fire originated. No other individuals re-entered the business with Matthew WHITE and VJW. The surveillance video indicates that, at that time (8:45 p.m.), Matthew WHITE, VJW, and one other person (Individual A), who had remained inside when all others exited, were the only people inside of the business.

15. Individual A was wearing a black hat, red sandals, and a black athletic suit with white stripes down the side. At approximately 8:46:50 p.m., Individual A exits the business and re-enters approximately 30 seconds later. Individual A walks past the front desk, and out of the view of the camera toward the same area as Matthew WHITE and VJW. Individual A remains inside of the business for approximately one minute before exiting a final time at approximately 8:47:42 p.m.

16. Matthew WHITE and VJW remain inside of the business, mostly in the back area, out of the view of the camera, from the time they re-entered at 8:45 p.m., until approximately 8:49:15 p.m. when both Matthew WHITE and VJW exit the business.

17. At approximately 8:47:13 p.m., while Matthew WHITE and VJW are inside of the business, Jessica WHITE can be seen outside of the business, knocking on the front window and looking into the front door of the business. At approximately 8:47:20 p.m. Matthew WHITE and VJW briefly emerge from the back office area. Matthew WHITE picks up a box from behind the front desk and returns to the rear of the business. VJW walks into the view of the camera, toward the front door, carrying what appeared to be

papers and a cell phone, before abruptly turning around and heading to the back office area again.



Figure 4 (Above) Screen capture of Jessica WHITE knocking on the window generated from surveillance video.

Figure 5 (Below Left) Screen capture of Matthew WHITE grabbing a box from behind the front desk generated from surveillance video.

Figure 6 (Below Right) Screen capture of VJW holding papers and a phone generated from surveillance video.

 

18. At approximately 8:48:56 p.m. fire can be seeing flickering in the reflection of the front window. No fire is visible inside of the business on the interior camera view.

19. Approximately three seconds later, at 8:48:59 p.m., Matthew WHITE and VJW emerge from the back of the business and enter the view of the camera. Matthew WHITE and VJW appear to grab a garbage can from the room directly across from the front desk and carry the garbage can back toward the area where the fire originated.



Figure 7 (Above) Screen capture of Matthew WHITE and VJW carrying a trash can toward the area where the fire originated generated from surveillance video.

20. VJW exits the business approximately ten seconds later at 8:49:10 p.m., followed by Matthew WHITE at approximately 8:49:15 p.m.

21. At approximately 8:49:36 p.m., a crowd begins to gather outside of the business. Matthew WHITE, VJW, Jessica WHITE, and Individual A subsequently join the crowd in watching the fire. VJW, Jessica WHITE, and Individual A appear to be using cell phones to capture photographs and/or video of the fire.

22. By approximately 8:49:47 p.m., the reflection of the fire in the window is clear and constant and the front lobby area is beginning to fill with smoke.



Figure 8 (Above) Screen capture of the fire visible in the reflection of the window and smoke beginning to fill the lobby generated from surveillance video.

23. Witness NL described speaking with Matthew WHITE, VJW, and Jessica WHITE, prior to Matthew WHITE and VJW entering the Enterprise building. Witness NL said that the male with the gray t-shirt and white facemask, identified as Matthew WHITE, started the fire. The witness did not see Matthew WHITE with any liquids or lighters, but observed Matthew WHITE throwing things on the fire after it was started. Witness NL described the area where the fire had started as being beyond the front desk, on the other side of a small cut out window in the wall. Another witness, DT, described watching Matthew WHITE come from the area where the fire was burning and exit the business. As Matthew WHITE exited, DT heard Matthew WHITE say something similar to, "back up because it's going up," which DT interpreted to mean that the building was going to burn.

11

The witnesses said that VJW looked like he was twelve (years old). Witness NL provided law enforcement with a video he/she had taken as he/she was driving away from the business. That video depicts the fire in the area NL described - the area behind the lobby and front desk.



Figure 9 (Above) Screen capture of the fire behind the front desk/lobby area of the business generated from a witness video.

24. Enterprise Rent-A-Car is a business that is used in and affects interstate and foreign commerce. According to its website, Enterprise Rent-A-Car is a subsidiary of Enterprise Holdings, headquartered out of St. Louis, Missouri. Enterprise Holdings, through its independent regional subsidiaries and franchise partners, operates Enterprise Rent-A-Car, National Car Rental and Alamo Rent-A-Car brands via more than 10,000 fully staffed neighborhood and airport offices in 100 countries and territories. The Enterprise

Rent-A-Car located at 1161 University Avenue West in St. Paul, MN, is one of those neighborhood offices. Enterprise Holding's network, which includes Enterprise Rent-A-Car, operates a fleet of more than two million vehicles around the world and has annual revenues of $25.9 billion, making it the largest car rental service provider in the world as measured by both fleet and revenue. Per the local manager, every car rented out by Enterprise Rent-A-Car is owned and titled by Enterprise Holdings (St. Louis, MO). The local manager also advised that each contract handled by the Enterprise Rent A Car at 1161 University Ave. in St. Paul, MN, is open ended and allows the renter to travel anywhere in the United States and/or Canada. Renters also have the option to rent vehicles for one-way travel, which permits for a vehicle to be rented in one state and returned in another.

## IDENTIFICATION

25. On June 15, 2020, ATF issued a press release showing surveillance photographs from the Enterprise that featured Matthew WHITE, VJW and Jessica WHITE, as well as other images of the same individuals. ATF asked for assistance from the public in identifying the three individuals. In this press release, ATF offered a $5,000 reward for information regarding the Enterprise arsonists.

  
  

  

Figure 10 (ABOVE) Photographs of Matthew WHITE (ATF ID #S102), VJW (ATF ID #S101) and Jessica WHITE (ATF ID #S100) that were released to the media on June 15, 2020.

14

26. On that same date, June 15, 2020, ATF received several tips, including tips from individuals who wish to remain anonymous, identifying Jessica WHITE as ATF ID #S100 and WHITE'S son, VJW, as ATF ID #S101.

27. Law Enforcement utilized the information from the tips in conjunction with other investigative techniques and services and on June 16th, 2020, Your Affiant presented a criminal complaint to The Honorable Judge Katherine Menendez. Judge Menendez found that Law Enforcement had probable cause to arrest Jessica WHITE for conspiring to commit arson on property used in interstate commerce, in violation of Title 18, United States Code, Section 844(i), all in violation of Title 18, United States Code, Section 371, and on that same date, Jessica WHITE was arrested by Federal Agents.

28. On June 16, 2020, following Jessica WHITE'S arrest, Law Enforcement executed a federal search warrant at Jessica WHITE and VJW's address. During the execution of the search warrant, Law Enforcement recovered distinct items of clothing that Jessica WHITE and VJW had worn during the commission of the arson. In addition, law enforcement seized electronic devices.

29. On June 22, 2020, an individual who witnessed the crime on May 28, 2020, advised that Jessica WHITE'S brother, Matthew WHITE, was the male in the gray T-shirt depicted in the Enterprise surveillance video and labeled "S102" in the press release. The individual advised that Matthew WHITE was on Federal Supervised Release and was living at an address around the Longfellow neighborhood in Minneapolis.

30. During the course of this investigation, Your Affiant utilized several informational databases to collect information on Matthew WHITE, Jessica WHITE and

VJW. Conversations with U.S. Probation revealed that, Matthew WHITE, was on Federal Supervised release and living at 2609 12th Ave S, Minneapolis, 55407, which is near the Longfellow neighborhood. In addition, WHITE'S physical characteristics and build were consistent with the physical characteristics and build of the male with his arms inside of the gray T-shirt as depicted in the surveillance video from May 28, 2020. Your Affiant learned that WHITE had multiple tattoos on both arms. Prior to identifying WHITE, Your Affiant thought, based on training, experience, and participation in other criminal investigations, that it was possible the male in the surveillance video had his arms inside of the gray T-shirt to hide a distinct tattoo(s) or scars on his arms.

31.  On June 23, 2020, Your Affiant examined data contained in the cell phone seized from Jessica WHITE. WHITE had several photographs and videos from protests in both St. Paul and Minneapolis, to include photographs of the Enterprise located at 1161 University Avenue West in St. Paul, MN. In two separate videos, Jessica WHITE and VJW refer to the male in the gray T-shirt (Matthew WHITE) as "Uncle," which would be consistent with the fact that Matthew WHITE is Jessica WHITE'S brother and VJW's uncle. In one video, as Matthew WHITE was spray painting a building, Your Affiant observed a tattoo on the inside of WHITE'S right forearm. Your Affiant noted that tattoo was consistent with the location and shape of a tattoo depicted in WHITE'S booking photographs of a lion.

## CONCLUSION

32. Based on the above information, I believe there is probable cause to believe that Jessica WHITE, VJW and Matthew WHITE have conspired with each other to commit arson on property used in interstate commerce, in violation of Title 18, United States Code, Section 844(i), all in violation of Title 18, United States Code, Section 371 (Count 1); and that Matthew WHITE destroyed by fire, property used and engaged in interstate commerce, in violation of Title 18, United States Code, Section 844(i) (Count 2).

Further your affiant sayeth not.

Respectfully submitted,

_____
Kylie Williamson, ATF Special Agent

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and
email) pursuant to Fed. R. Crim. P. 41(d)(3) on
June 23, 2020:

_____
The Honorable David T. Schultz
United States Magistrate Judge