# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>                    Plaintiff,     )<br>                                                    )<br>v.                                              )<br>                                                    )<br>Matthew Scott White,               )<br>                                                    )<br>                    Defendant.  )  | **COURT MINUTES – CRIMINAL (via video conference)**<br>BEFORE:   Hildy Bowbeer<br>U.S. Magistrate Judge<br><br>Case No:          20-mj-465 DTS & 18-cr-35 JRT/TNL<br>Date:                July 2, 2020<br>Video Conference<br>Court Reporter:   Carla Bebault<br>Time Commenced:   10:02 a.m.<br>Time Concluded:   10:26 a.m.<br>Time in Court:   24 minutes |

x **PRELIMINARY/DETENTION HRG/PRELIMINARY REVOCATION**
Time in Court Prelim/Prelim Rev/Det: 8 minutes/ 8 minutes/ 8 minutes

APPEARANCES:

Plaintiff: Bradley Endicott and Melinda Williams, Assistant U.S. Attorneys
Defendant: Paul Applebaum,
             X CJA

On      X Complaint

X Probable cause found. Deft bound over to District Court of Minnesota

Next appearance date for case 18-cr-35 is TBD via video conference before U.S. District Chief Judge John R. Tunheim for:
X Final Revocation

Additional Information:

X Defendant consents to this hearing via video conference.

X Defendant waives the preliminary and the preliminary revocation hearing.

X Detention hearing continued to Wednesday, July 8, 2020 at 2:00 p.m. via video conference before Magistrate Judge Katherine M. Menendez.

                                                                                                  s/Sarah Erickson
                                                                                          Signature of Courtroom Deputy